# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

133316

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CITY OF DETROIT,
           Plaintiff-Appellee,

v

17526 RIOPELLE and
ACORN INVESTMENT,
           Defendants,

and

OCCUPANT, ANDREA CAMPBELL,
           Defendant-Appellant.

SC: 133316
COA: 269377
Wayne CC: 04-427065-CH

_____/

On order of the Court, the application for leave to appeal the November 30, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

Clerk

p0723